# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Clara L. Bernabe, | 2:17-cv-00792-JAD-CWH |
| Plaintiff | |
| v. | **Order Denying Motion to Consolidate** |
| State of Nevada, et al., | [ECF No. 10] |
| Defendants | |

Clara Bernabe sues the State of Nevada, Clark County, and Ditech Financial, LLC for "trespass on the case." She claims that these defendants "exceeded" their "jurisdiction under color of law" "in an attempt to unlawfully and forcefully extort money from counterclaimants and remove counterclaimants from [their] domicile and land."[1] Defendant Ditech Financial moves to consolidate this action with a prior action by Clara and Carlito Bernabe against Ditech alleging violations of the Fair Debt Collection Practices Act.[2] The Bernabes voluntarily dismissed their FDCPA case against Ditech a month before Ditech moved for consolidation,[3] and the FDCPA case was closed. As a result, there are no longer multiple "actions before the court" capable of consolidation under Local Rule 42-1(b), and the judge presiding over the earlier-filed case has denied the request for consolidation.[4]

. . .

---

[1] ECF No. 1.

[2] 2:16-cv-997-GMN-PAL. *See* ECF No. 10 (motion to consolidate).

[3] ECF No. 10-5.

[4] ECF No. 16 (minutes) in 2:16-cv-997-GMN-PAL.

1

Accordingly, IT IS HEREBY ORDERED that **the motion to consolidate [ECF No. 10] is DENIED**.

Dated this 24th day of April, 2017.

_____
Jennifer A. Dorsey
United States District Judge